■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE COOPER, Appellant. [704 NYS2d 854] —Appeal by the defendant from a resentence of the Supreme Court, Suffolk County (Mullen, J.), imposed April 7, 1998, upon his conviction of burglary in the second degree, upon his plea of guilty, the sentence being an indeterminate term of eight years to life imprisonment as a persistent violent felony offender.

Ordered that the resentence is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman, Florio and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE CROSS, Appellant. [704 NYS2d 857] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 25, 1999 (*People v Cross,* 257 AD2d 663), affirming a judgment of the Supreme Court, Kings County, rendered August 28, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Krausman and Goldstein, JJ., concur.